U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

2011 MAR 31  AM 11: 43

FOR THE DISTRICT OF VERMONT

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.            ) | Crim. No. 5:11-cr-30-1 |
| ) | |
| ) | (18 U.S.C. § 1344) |
| MARTIN BELANGER ) | |

## INFORMATION

The United States Attorney charges:

Beginning in November 2010 and continuing until February 2011, in the District of Vermont, the defendant MARTIN BELANGER knowingly executed a scheme and artifice to defraud Passumpsic Savings Bank and People's United Bank, financial institutions, by depositing checks drawn upon accounts at banks in Canada which the defendant knew were not supported by sufficient funds, depositing those worthless checks into accounts he opened at Passumpsic Savings Bank and People's United Bank in Vermont, and then withdrawing proceeds of those checks in cash before the deposited checks were dishonored by the Canadian banks.

(18 U.S.C. § 1344)

*Tristram J. Coffin*
_____
TRISTRAM J. COFFIN (GLW)
United States Attorney

Burlington, Vermont
March 31, 2011