U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

2011 MAR 31  PM 3: 57

FOR THE DISTRICT OF VERMONT

BY _____
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Crim. No. 5:11CR30-01 |
| ) | |
| ) | |
| MARTIN BELANGER          ) | |

## NOTICE OF ORGANIZATIONAL VICTIM

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the Government hereby provides notice that the following organization is a victim of the alleged criminal conduct:

    Passumpsic Savings Bank

    People's United Bank
        People's United is a subsidiary of People's United
        Financial, Inc.

Dated at Burlington, in the District of Vermont, this 31 day of March, 2011.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA

                              TRISTRAM J. COFFIN
                              United States Attorney

By:                              GREGORY L. WAPLES
                              Assistant U.S. Attorney
                              P.O. Box 570
                              Burlington VT 05402-0570
                              (802) 951-6725

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:11-CR-30 |
| ) | |
| MARTIN BELANGER ) | |

**CERTIFICATE OF SERVICE**

I, Stacie Brosky, hereby certify that on the 31st day of March, 2011, I filed **NOTICE OF ORGANIZATIONAL VICTIM** with the Clerk of the Court. The CM/ECF system will send notification of such filing to Mark Kaplan, Esq., mkaplan@jarvisandkaplan.com.

*Stacie Brosky*
Stacie Brosky
Legal Assistant